## 60054. BOSTON OLD COLONY INSURANCE COMPANY v. BROWN.

SHULMAN, Presiding Judge.

This court having entered on September 19, 1980, a judgment in the above-styled case, 155 Ga. App. 767 (272 SE2d 755), reversing the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Brown v. Boston Old Colony Ins. Co.*, 247 Ga. 287 (275 SE2d 651) the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Quillian, C. J., and Carley, J., concur.*

DECIDED APRIL 29, 1981.

*Howard M. Lessinger, M. David Merritt,* for appellant.
*M. Hardeman Blackshear,* for appellee.